UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**JOSE AUGUSTO ALVES DA SILVA**

      v.             Civil No. 25-cv-284-LM-TSM

**PATRICIA H. HYDE**, ICE ERO BOSTON
FIELD OFFICE DIRECTOR**;**
**TODD LYONS**, ICE ACTING DIRECTOR;
**CHRISTOPHER BRACKETT,**
SUPERINTENDENT, STRAFFORD COUNTY
DEPARTMENT OF CORRECTIONS

### O R D E R

  Petitioner, a civil detainee, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), asserting claims of unlawful immigration detention in violation of his federal rights. The petition is before the court to determine whether the claims asserted are not facially invalid and may proceed. See Rule 4 of the Rules Governing Section 2254 Cases ("§ 2254 Rules"); see also § 2254 Rule 1(b); LR 4.3(d)(4).

  The petition's claims do not appear to be invalid. Therefore, the clerk's office shall:

- Immediately provide a copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire;

- Deliver a copy of the same documents to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Send copies of the same documents by certified mail to:

    o  **Patricia H. Hyde**, Boston Field Office Director, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803;

    o  **Todd Lyons,** Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, D.C. 20536;

- o **U.S. Attorney General,** 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

- Provide the same documents to the U.S. Marshals Service for service upon **Christopher Brackett,** SCDC Superintendent, pursuant to Fed. R. Civ. P. 4(j)(2).

The SCDC Superintendent must file an appearance in this matter within fourteen (14) days of service upon him. The SCDC Superintendent is not required to file an answer or other response to the petition until further court order.

The federal respondents are directed to file an answer or dispositive motion in response to the petition (Doc. No. 1) within fourteen (14) days of the date of service on the United States Attorney. If any respondent files a dispositive motion in lieu of an answer, that respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion. No more than fourteen days after their answer is filed, respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

Respondents shall provide this court with at least 72 hours advance notice of any scheduled removal or transfer of petitioner out of this court's jurisdiction. Notice of petitioner's release from custody may be provided after the fact.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

July 31, 2025

cc:  Maeve Healy, Esq.