```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Jose Augusto Alves Da Silva

    v.                          Case No. 25-cv-284-LM-TSM

US Immigration and Customs

## JUDGMENT

In accordance with the endorsed order by Chief Judge Landya B. McCafferty dated September 18, 2025, and the order by Chief Judge Landya B. McCafferty dated September 29, 2025, judgment is hereby entered.

                                                    By the Court:

                                                  /s/ Tracy A. Uhrin
                                                  Tracy A. Uhrin
                                                  Clerk of Court

Date: September 30, 2025

cc:   Counsel of Record